Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY INSURANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>GWLA ACQUISITION CORP., AVALON GLASS AND MIRROR, LLC, and GLASSWERKS LA, INC. ELECTRIC MIRROR, LLC, et al.<br><br>Defendants. | Case No. 18-CV-1229-FMO (SSx)<br><br>**ORDER ON STIPULATION [40] DISMISSING DEFENDANT ELECTRIC MIRROR, LLC WITHOUT PREJUDICE** |

IT IS HEREBY ORDERED that, pursuant to the parties' stipulation and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Defendant ELECTRIC MIRROR, LLC, shall be, and hereby is, dismissed without prejudice. Each party shall bear its own fees and costs.

IT IS SO ORDERED.

Dated: August 27, 2018

/s/ Fernando M. Olguin
DISTRICT COURT JUDGE